461 A.2d 869

Hall, Appellant v. Septa.

Petition for Allowance of Appeal Denied Nov. 15, 1983.

Argued February 4, 1983. Jeffrey M. Stopford, for appellant; Norman Hegge, Jr., for appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

Order affirmed.

461 A.2d 870

Klein v. Lavan.

Appeal of: Nationwide Mutual Insurance Co.

Argued April 19, 1983. Edward J. Marcantonio, for appellant; Lewis Kates, for appellees.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment affirmed.